# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. HIGGINBOTTOM, et al. | ) | CASE NO: 1:07 CV 1677 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| vs. | ) | |
| | ) | STIPULATION OF DISMISSAL |
| CONTINENTAL AIRLINES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

Upon agreement of the parties, the above captioned case is settled and dismissed, <u>with prejudice</u>, each party to bear their own costs.

Respectfully submitted,

_____
James T. Higginbottom, Sr.
809 Biruta Avenue
Akron, Ohio 44307
(330) 434-5909 – Telephone
*Pro Se* Plaintiff

_____
Esterlena Higginbottom
809 Biruta Avenue
Akron, Ohio 44307
(330) 434-5909 – Telephone
*Pro Se* Plaintiff

/s/ Jenifer E. Novak
_____
Jenifer E. Novak (0071167)
*jnovak@frantzward.com*
FRANTZ WARD LLP
2500 Key Center, 127 Public Square
Cleveland, OH 44114-1230
Telephone: (216) 515-1660
Facsimile: (216) 515-1650

*Attorneys for Defendants Continental Airlines, Inc., Charity Borders, Kristi Green, Anthony Brock, and Antoinette Douglas*

## CERTIFICATE OF SERVICE

The undersigned certifies that that a true and correct courtesy copy of the foregoing Stipulation of Dismissal was served upon:

| | |
|---|---|
| James T. Higginbottom, Sr. and | *Pro Se* Plaintiffs |
| Esterlena Higginbottom | |
| 809 Biruta Avenue | (330) 434-5909 – Telephone |
| Akron, Ohio 44307 | |

by having the same placed in a properly addressed, postage prepaid envelope and deposited with the United States Postal Service at 127 Public Square Cleveland, OH 44114 on this 20th day of December ~~November~~, 2007.

A copy of foregoing was also filed electronically on this 20th day of December ~~November~~, 2007.

The parties may access this filing through the Court's system.

/s/ Jenifer E. Novak
_____
One of the Attorneys for Defendants